**GALANTUCCI & PATUTO, ESQS.**
55 State Street
Hackensack, New Jersey 07601
(201) 646-1100
Attorneys for Defendant, Ha Rim Park

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-62 (PGS) |
| v. | : | |
| HA RIM PARK, | : | CONSENT ORDER |
| Defendant. | : | |

THIS MATTER, having been brought before the Court by Galantucci & Patuto, Esqs., attorneys for the Defendant, Ha Rim Park, James D. Addis, Esq., appearing; with the consent of the United States Attorney for the District of New Jersey, Christopher J. Christie, by Assistant United States Attorney Bradley A. Harsch; and for good cause shown;

IT IS on this __16__ day of April, 2008:

**ORDERED** that the Defendant, Ha Rim Park, be and is hereby permitted to travel for purposes of meeting with customers of his business, PH Together Apparel, to the following States, in addition to the State of New York, *provided that* he supply, in advance, the details of his itinerary to Pre-Trial Services, and that Pre-Trial Services shall authorize and approve of the travel:

> Pennsylvania
> Delaware
> Maryland
> Virginia
> North Carolina
> Florida

and it is further

**ORDERED** that all other special conditions of the Defendant's pre-trial release remain in full force and effect.

*Ordered this order expires on May 31, 2008, and pre-Trial services report to the court with regard to Defendant's compliance on any travel authorized by it*

_____
HONORABLE PETER G. SHERIDAN
United States District Judge

I hereby consent to the form
and entry of this Order.


_____              Dated: _____
**Bradley A. Harsch**
Assistant United States Attorney


I hereby consent to the form
and entry of this Order.

   s/ James D. Addis                          April 16, 2008
_____              Dated: _____
**James D. Addis, Esq.**
Attorney for Ha Rim Park

**ORDERED** that all other special conditions of the Defendant's pre-trial release remain in full force and effect.

HONORABLE PETER G. SHERIDAN
United States District Judge

I hereby consent to the form
and entry of this Order.

_____
Bradley A. Hansch
Assistant United States Attorney

Dated: 4/16/08

I hereby consent to the form
and entry of this Order.

_____
James D. Addis, Esq.
Attorney for Ha Rim Park

Dated: _____