UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

November 16, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Peter G. Sheridan
United States District Judge
Clarkson S. Fisher Federal Building and Courthouse
402 E. State Street
Trenton, New Jersey 08608

RE: PARK, HA RIM
DKT #: 2:08cr0062
**Notification of Offender's Failure to Pay Restitution and Request no Further Action**

Dear Judge Sheridan:

On May 27, 2009, the above referenced offender was sentenced by Your Honor to four (4) months imprisonment, to be followed by one (1) year supervised release. In addition to the standard conditions imposed, the offender was ordered to provide full financial disclosure, refrain from incurring new debt and cooperate in the collection of DNA. On December 1, 2009, he was released from the Bureau of Prisons and supervision was initiated.

The offender has been generally compliant with his conditions of supervised release. He resides with his wife in Cliffside Park, New Jersey, where they rent a modest single bedroom apartment. He is employed by Showa Marine, located in Clifton, New Jersey and is responsible for delivering fresh fish to sushi restaurants throughout New York and New Jersey. The offender has complied with the standard and special conditions of supervision. He has struggled to pay restitution in the Court ordered installments of $500 per month, but has been making "good faith" payments and has paid $1,300 towards restitution. The probation office has reviewed his finances and determined he can not afford to pay any additional monies towards restitution. His outstanding restitution balance remains $416,916.13.

The purpose of this letter is to inform the Court of the offender's inability to pay restitution in full prior to the expiration of supervised release and to request he be allowed to terminate from supervision with out further action from the Court. The United States Attorney's Office Financial Litigation Unit has agreed to continue to monitor the collection of restitution after the offender expires from supervised release.

So Ordered
*Peter M Sheridan*
11/19/10

The Honorable Peter G. Sheridan
Page 2
November 16, 2010

If Your Honor requests an alternative action, please advise. We will make ourselves available should Your Honor wish to discuss this matter. You may contact the undersigned at the telephone number listed above.

                                                      Respectfully submitted,

                                                      CHRISTOPHER MALONEY, Chief
                                                      U.S. Probation Officer

                                                      By: Patrick T. Hattersley,
Enclosure(s)                                      U.S. Probation Officer